

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00068-CV

John M. **DONOHUE,**
Appellant

v.

Perla **DOMINGUEZ** and Kevin Nakata, In Their Individual Capacities,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant's brief was originally due May 29, 2015. On May 27, 2015, appellant filed a motion to extend time to file his brief and asked for a copy of the clerk's record based on his indigent status. On May 29, 2015, we rendered an order granting appellant's requests, ordering this clerk of this court to send appellant a copy of the record and granting him an extension of time to June 18, 2015, to file his brief. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant to file, on or before July 14, 2015, his brief and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant was further is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

On June 30, 2015, appellant filed a second motion for extension of time, asserting he did not received the clerk's record until June 25, 2015. In his motion, appellant requests an extension of time to file the brief until July 15, 2015 — a mere one day from the due date set forth in our June 24, 2015 order. We **GRANT** the requested one-day extension and **ORDER** appellant to file his brief on or before **July 15, 2015**.

**If appellant fails to file his brief on or before July 15, 2015, we will dismiss the appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a). **Appellant is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.**

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.



_____
Keith E. Hottle
Clerk of Court